ANTONIO VÉLEZ, Petitioner and Appellant, *v.* EULOGIO MERCADO, Warden of the Municipal Jail of Vieques, P. R., Defendant and Appellee.

No. 7834.   Argued March 29, 1939.—Decided June 14, 1939.

*F. González Fagundo* and *José Rivera Pérez,* for petitioner.  *R. A. Gómez, Prosecuting Attorney* and *Luis Janer, Assistant Prosecuting Attorney* for The People, appellee.

MR. JUSTICE WOLF delivered the opinion of the Court.

The judgment in this case should follow our opinion and decision in case No. 7833, *Luis Miray,* petitioner and appellant, v. *Eulogio Mercado, etc.,* defendant and appellee.

In addition, this case, No. 7834, and Nos. 7835 to 7851 inclusive, were, by the Governor of Puerto Rico, never specifically assigned to Mr. González, who acted as judge, which is a further reason why the case should be sent back to be tried by the District Court of Humacao.